IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN CORP., Plaintiff, | ) | |
| v. | ) | No. 07-482C (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 20 days, to and including September 19, 2007, to respond to plaintiff's complaint. Our response is currently due on August 30, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff would not oppose the Government's motion.

On August 10, 2007, defendant's counsel received the litigation report from the Defense Contract Management Agency (DCMA), which is the relevant Government agency in this case. Since that time, counsel for the Government has had difficulty finding a time to discuss this case with the DCMA agency counsel assigned to this case because of scheduling conflicts. Defendant’s counsel was out of the office on leave from August 11, 2007, through August 21, 2007. When counsel for the Government returned from leave, she learned that the agency counsel assigned to this matter would not be in the office until August 27, 2007, and that, after August 27, 2007. she would not return to the office again until September 6, 2007. From September 5 through 7, 2007, counsel for the Government assigned to this case will be out of the office conducting discovery in connection with another case, Ag-Innovations, et al. v. United States, No. 05-776C (Fed. Cl.). For these reasons, counsel for the Government has had difficulty finding a convenient time to learn about this case from knowledgeable individuals. It is

anticipated at this time that the Government counsel will have an opportunity to discuss this case with the agency counsel during the weeks of September 10th and September 17th in order to file defendant's response to the complaint on September 19, 2007.

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson by Todd M. Hughes
JEANNE E. DAVIDSON
Director

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8278
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

CAROL MATSUNAGA
Senior Trial Attorney
DCMA Contract Disputes Resolution
Center
Carson, CA 90746-2856

AUGUST 30, 2007

CERTIFICATE OF FILING

I hereby certify that on this 30th day of AUGUST, 2007, a copy of this “DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME" was filed e1ectronicaly. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing, through the Court's system.

Karen Manos
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

/s/ Sheryl L. Floyd