# In the United States Court of Federal Claims

Case No. 07-482C
(Filed: September 4, 2007)

*****************************************************
NORTHROP GRUMMAN CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for a 20-day Enlargement of Time to respond to Plaintiff's Complaint** filed on August 30, 2007, is hereby **GRANTED**. Defendant's response to Plaintiff's Complaint is **due** no later than **September 19, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge