IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-482C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including November 20, 2007, for the parties to submit their Joint Preliminary Status Report (JPSR) in this case. Our status report is currently due on November 13, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff would not oppose the Government's motion.

Plaintiff’s counsel and defendant’s counsel have had preliminary discussions regarding the JPSR in this case. However, defendant’s counsel recently completed a trial in another matter before this Court, Innovair Aviation Ltd. v. United States, No. 96-408C (Fed. Cl.), which had consumed her time from the beginning of October through October 26, 2007. When counsel for the defendant returned to her office on October 29, 2007, she learned that she would be required by October 31, 2007, to pack up all of the documents and other materials in her office and in a trial preparation room in order to allow painters and carpet installers to have access to these rooms.

As a result of these activities, counsel for the Government has been unable to complete her review the materials in the case and to confer with her agency counsel regarding the proposed JPSR. Counsel for the Government expects to complete her review of the case

materials and confer with her agency counsel within the next two weeks. After that, she will confer with counsel for the plaintiff, and the parties will prepare the JPSR.

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8278
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

CAROL MATSUNAGA
Senior Trial Attorney
DCMA Contract Disputes Resolution
Center
Carson, CA 90746-2856

NOVEMBER 1, 2007

CERTIFICATE OF FILING

I hereby certify that on this 1st day of NOVEMBER, 2007, a copy of this "DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME" was filed e1ectronicaly. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing, through the Court's system.

Karen Manos
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

/s/ Sheryl L. Floyd