# In the United States Court of Federal Claims

Case No. 07-482C
(Filed: November 2, 2007)

| | |
|---|---|
| NORTHROP GRUMMAN CORPORATION,<br>*Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA,<br>*Defendant.* | * |

**ORDER**

Defendant's unopposed **Motion for a 7-day Enlargement of Time** filed on November 1, 2007, **to file the Joint Preliminary Status Report (JPSR)** is hereby **GRANTED**. The JPSR shall be filed no later than **November 20, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge