**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NORTHROP GRUMMAN CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-482C** |
| | ) | **(Judge Baskir)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER</u>**

Defendant respectfully requests leave of the Court to correct its answer to the complaint in this case. Defendant has contacted counsel for the plaintiff who has informed us that plaintiff will not oppose our motion.

Counsel for the Government has just recently learned that there is a minor error in paragraph 36 of the Government's answer. In paragraph 36, we incorrectly identified the responsible agency as the Defense Contract Audit Agency (DCAA) rather than the Defense Contract Management Agency (DCMA). Accordingly, in our corrected answer, we will replace references to "DCAA" with references to "DCMA." We do not make any other changes in our answer to the complaint.

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8278
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

CAROL MATSUNAGA
Senior Trial Attorney
DCMA Contract Disputes Resolution Center
Carson, CA 90746-2856

NOVEMBER 8, 2007

CERTIFICATE OF FILING

I hereby certify that on this 8th day of NOVEMBER, 2007, a copy of this "DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER" was filed e1ectronicaly. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing, through the Court's system.

/s/ Sheryl L. Floyd