# In the United States Court of Federal Claims

Case No. 07-482C
(Filed: November 9, 2007)

****************************************************
NORTHROP GRUMMAN CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Defendant's unopposed **Motion for Leave to File Corrected Answer** filed on November 8, 2007, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge