# In the United States Court of Federal Claims

No. 07-482C
Filed: December 12, 2007

| | |
|---|---|
| NORTHROP GRUMMAN CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING ADR TELEPHONE CONFERENCE

Pursuant to the agreement of the parties, an ADR telephone conference is scheduled for 2:30 p.m. on Tuesday, January 8, 2008. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge