# In the United States Court of Federal Claims

Case No. 07-482C
(Filed: December 20, 2007)

****************************************************
NORTHROP GRUMMAN CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
Defendant. *
****************************************************

**ORDER**

The Court held a Preliminary Status Conference in this matter December 20, 2007. The parties briefly described the issues anticipated for summary judgment briefing and discussed further proceedings leading up to that point.

Because there is a previously scheduled ADR conference on January 8, 2008, the discovery schedule proposed by the parties shall commence after those initial ADR proceedings have concluded. **Accordingly, the parties shall advise the Court upon completion of those proceedings, and fact discovery shall proceed for a period of nine months thereafter**.

At the end of that period the parties shall file a Joint Status Report (JSR) indicating the status of discovery and whether the parties desire to pursue ADR or file dispositive motions before proceeding with expert discovery. In the event the parties choose to file summary judgment motions after fact discovery, they will first provide notice to the Court and set out a proposed briefing schedule in the JSR.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge