# In the United States Court of Federal Claims

No. 07-482C
Filed: January 9, 2008

| | |
|---|---|
| | ) |
| NORTHROP GRUMMAN CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

Pursuant to defendant's January 7, 2008, request, the ADR telephone conference that was scheduled for January 8, 2008, was postponed and will be rescheduled at a later date. Defendant's counsel shall confer with plaintiff's counsel and then contact chambers at (202) 357-6653 to propose an alternate date.

s/John P. Wiese
John P. Wiese
Judge