# In the United States Court of Federal Claims

No. 07-482C
Filed: February 7, 2008

| | |
|---|---|
| | ) |
| NORTHROP GRUMMAN CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

---

ORDER

ESTABLISHING FILING DEADLINE

---

As discussed during the ADR telephone conference held this date, on or before March 14, 2008, each party shall file a memorandum of law addressing the appropriate standard of review applicable to the July 7, 2006, final decision of the Defense Contract Management Agency Defense Corporate Executive.

Following review of the parties' memoranda, the court will contact counsel to schedule a follow-up telephone conference.

s/John P. Wiese
John P. Wiese
Judge