# In the United States Court of Federal Claims

No. 07-482C
Filed: April 29, 2008

| | |
|---|---|
| | ) |
| NORTHROP GRUMMAN CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

SCHEDULING ADR TELEPHONE CONFERENCE

Pursuant to the agreement of the parties, an ADR telephone conference is scheduled for 2:30 p.m. on Wednesday, May 7, 2008. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge