# In the United States Court of Federal Claims

No. 07-482C
Filed: May 7, 2008

| | |
|---|---|
| | ) |
| NORTHROP GRUMMAN CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

SCHEDULING ADR CONFERENCES

As discussed during the telephone conference held this date, the court will meet separately with counsel for each party on June 17, 2008, to explore the possibility of settlement of this case. The meetings will be held in chambers (Suite 608) beginning at 11:00 a.m. with defendant's counsel and at 2:00 p.m. with plaintiff's counsel.

s/John P. Wiese
John P. Wiese
Judge