# In The United States Court of Federal Claims

No. 07-482C

(Filed: November 7, 2012)

_____

NORTHROP GRUMMAN CORPORATION,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Wednesday, November 14, 2012, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra  
                                             Francis M. Allegra  
                                             Judge