# In The United States Court of Federal Claims

No. 07-482C

(Filed: November 14, 2012)

_____

NORTHROP GRUMMAN CORPORATION,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, a status conference was held in this case. Participating in the conference were Karen L. Manos, for plaintiff, and Sheryl L. Floyd, for defendant. Based on discussions during the conference, on or before November 28, 2012, the parties shall file under seal copies of the memoranda related to plaintiff's pending motion to dismiss and ADR confidentiality issues that previously were submitted in chambers to Judge Baskir. In addition, the parties shall file any appendices to the memoranda on CD-ROM or DVD.

      **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge