# In The United States Court of Federal Claims

No. 07-482C

(Filed: March 5, 2013)

_____

NORTHROP GRUMMAN CORPORATION,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Oral argument on plaintiff's motion to dismiss will be held in this case on Thursday, May 9, 2013, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge