# In The United States Court of Federal Claims

No. 07-482C

(Filed:  March 22, 2013)

_____

NORTHROP GRUMMAN CORPORATION,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     On November 14, 2012, the court ordered the parties to file under seal copies of the memoranda related to plaintiff's pending motion to dismiss and ADR confidentiality issues that previously were submitted in chambers to Judge Baskir.  The court will consider the filed briefs as part of plaintiff's pending motion to dismiss.

     **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge