# In The United States Court of Federal Claims

No. 07-482C

(Filed: June 4, 2013)

_____

NORTHROP GRUMMAN CORPORATION,

                    Plaintiff,

          v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

On June 3, 2013, the parties filed a joint status report requesting additional time to continue active settlement negotiations. Accordingly, on or before July 1, 2013, and every 28 days thereafter, the parties shall file a joint status report indicating the status of their settlement negotiations.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge